THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Special Assistant United States Attorney
SBN 229637
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California  90012
  Telephone:  (213) 894-2729
  Facsimile:  (213) 894-0115
  Email: valerie.makarewicz@usdoj.gov

Attorneys for United States of America

NOTE: CHANGES MADE BY THE COURT

**cc: FISCAL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. ED CV 08-143 VAP (JCRx) |
| | ) |
|                Petitioner, | )  Judgment Re: Contempt Sanctions] |
| | ) |
|    vs. | ) |
| | ) Honorable Virginia A. Phillips |
| BLAIR C. HANLOH, | ) |
| | ) Hearing: |
|               Respondent. | ) Date: July 7, 2008 |
| | ) Time: 3:00 P.m. |
| | ) Courtroom: 2, U.S. Courthouse |
| | )                3470 Twelfth Street |
| | )                Riverside, CA 92501 |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

This Court has considered PETITIONER'S APPLICATION TO ENTER JUDGMENT RE: CONTEMPT SANCTIONS, the pleadings filed in connection with the matter, the oral presentations made by the appearing parties at all hearings, and all matters that are properly part of the record in this matter.  On June 23, 2008,

1  the Court held Respondent in civil contempt and imposed sanctions

2  in an amount starting at $250, and doubling each day following

3  June 24, 2008, until such time as Respondent complied with the

4  Court's previous orders in this case.  On June 25, 2008, the

5  parties appeared before the Court for consideration of

6  Petitioner's request for further sanctions, including

7  incarceration.  As of that day, therefore, Respondent had

8  incurred $500 in penalties.  Accordingly,

9      The Court ORDERS Respondent to pay a monetary fine of

10 $500.00 to the Clerk of the Court.

11     IT IS SO ORDERED.

12

13 DATED: _July 29, 2008_____

14 _____         VIRGINIA A. PHILLIPS

15                                         UNITED STATES DISTRICT JUDGE

16

17 Submitted by:

18

19 _____/s/_____

   VALERIE L. MAKAREWICZ

20 Special Assistant United States Attorney

21 Attorneys for Petitioner

   United States of America

22

23

24

25

26

27

28

1
2
3
4
5
6

## PROOF OF SERVICE BY MAILING

7      I am over the age of 18 and not a party to the within action.  I am
8   employed by the Office of the United States Attorney, Central District of
9   California.  My business address is 300 North Los Angeles Street, Suite 7211,
10  Los Angeles, California 90012.

11      On **July 29, 2008**, I served

12      **(PROPOSED) JUDGMENT RE: CONTEMPT SANCTIONS**

13  on each person or entity name below by enclosing a copy in an envelope
14  addressed as shown below and placing the envelope for collection and mailing
15  on the date and at the place shown below following our ordinary office
16  practices.  I am readily familiar with the practice of this office for
17  collection and processing correspondence for mailing.  On the same day that
18  correspondence is placed for collection and mailing, it is deposited in the
19  ordinary course of business with the United States Postal Service in a sealed
20  envelope with postage fully prepaid.  Date of mailing: **July 29, 2008**

21      Place of mailing: Los Angeles, California

22      **See attached list**

23  I declare under penalty of perjury under the laws of the United States of
24  America that the foregoing is true and correct.

25      I declare that I am employed in the office of a member of the bar of
26  this court at whose direction the service was made.

27      Executed on: **July 29, 2008**, Los Angeles, California.

28

3

1

_____/s/_____

2                              **Barbara Le**

3

4

5

6   **Case Name:**        **United States of America v. Blair C. Hanloh**

7   **Case No.:**         **ED CV 08-143 VAP**

8

9

                              **Service List**
10

11

    Blair C. Hanloh
12  1319 S. Euclid Street
    Anaheim, CA 92802
13

    Blair C. Hanloh
14  9371 Vernon Avenue
    Montclair, CA 91763
15

    Blair C. Hanloh
16  2359 East 11th Street
    Long Beach, CA 90804

17

18

19

20

21

22

23

24

25

26

27

28